**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2537**

———————

CALVIN EARL BROWN,

                                   Plaintiff - Appellant,

        versus

PITT COUNTY SCHOOLS; DORIS R. GRUBBS, Coordi-
nator Classified Personnel; JODI RITTENHOUSE,
Teacher, Stokes Elementary Schools; STEVE
JONES, Principal; SHIRLEY GRIMSLEY, Teacher,
Ayden Middle School; CLIFTON G. MOORE, Prin-
cipal, Ayden Middle School,

                                   Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Malcolm J. Howard,
District Judge. (CA-00-21-4-H)

———————

Submitted:  January 17, 2002          Decided:  January 25, 2002

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Calvin Earl Brown, Appellant Pro Se.  Kenneth Alexander Soo, Lisa
M. Lukasik, THARRINGTON, SMITH, L.L.P., Raleigh, North Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvin Earl Brown appeals from the district court's order denying his motion to reconsider, under Fed. R. Civ. P. 60(b), the dismissal of his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Brown v. Pitt County Sch.</u>, No. CA-00-21-4-H (E.D.N.C. Nov. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>